IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANITA MAKO | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| ANASTASIA CARE SERVICES, LLC and BABATUNMISHE OKE | : | NO. 19-410 |

## **O R D E R**

AND NOW, this 26th day of February, 2020, upon consideration of the Second Joint Motion for Approval of the Portion of the Parties' Settlement Agreement Allocated to Plaintiff's Fair Labor Standards Act claim (Doc. 24), and for the reasons explained in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED. The Court approves the settlement of Plaintiff's FLSA claim.

IT IS FURTHER ORDERED that the earlier filed Joint Motion for Approval (Doc. 22) is DISMISSED AS MOOT.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.